# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATWOOD-LIESMAN, an Idaho general partnership, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | 98-815C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S SCHEDULING ORDER AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests that the Court amend its June 30, 2006 scheduling order to allow the Government to take the supplemental deposition of plaintiffs' expert witness, Paul Hyde, by September 15, 2006. Currently, the Government is required to take Mr. Hyde's deposition by September 1, 2006. The Government further requests an enlargement of time of six days, through and including September 7, 2006, to file our responsive memorandum, witness list, and exhibit list, which are currently due on September 1, 2006. This is the defendant's first request to amend the scheduling order, and our first request for an enlargement of time for this purpose.

This motion is necessary because, in an effort to save travel time and reduce travel expenses, the parties have tentatively agreed to take both supplemental expert depositions in Chicago, Illinois between September 13 and September 14, 2006.

Currently, plaintiffs are required to take the supplemental expert deposition of the Government's expert, Charles Wilkins, by September 15, 2006. Based upon our tentative agreement, both depositions would be completed by September 15, 2006.

Our motion for enlargement of time is further necessary because, while conducting additional expert discovery, the parties have been extensively engaged in settlement discussions since June 1, 2006. These settlement discussions have included two settlement conferences in Chicago, Illinois with our respective experts in attendance to attempt to devise several potential settlement models. Although no settlement has been reached at this time, the parties desire to further engage in settlement discussions during the week of September 3, 2006. The six-day enlargement of time requested by this motion will afford the undersigned trial counsel with time to devote to further settlement efforts.

For these reasons, the Government respectfully requests that the Court amend its June 30, 2006 scheduling order to allow the Government to take the supplemental expert deposition of Mr. Hyde by September 15, 2006. The Government further respectfully requests that the Court grant our unopposed motion for an enlargement of time of six days, through and including September 7, 2006, to file our responsive memorandum, witness list, and exhibit list. These request will not require any further

amendments to the Court's January 10 and June 30, 2006 scheduling orders.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

September 1, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER AND UNOPPOSED MOTION FOR ENLARGEMENT OF" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault