IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: September 1, 2006)

| | |
|---|---|
| ATWOOD-LEISMAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court are the government's unopposed motion to amend the court's scheduling order and unopposed motion for enlargement of time, which motions were filed on September 1, 2006. The government requests that the court amend the order issued June 30, 2006, to allow the government to take the supplemental deposition of Paul Hyde, the plaintiffs' expert witness, by September 15, 2006. The government also requests that the court extend the deadline to file the government's responsive memorandum, witness list, and exhibit list, until September 7, 2006.

For good cause shown, the government's unopposed motion to amend the court's scheduling order and unopposed motion for enlargement of time are **GRANTED**. The order of June 30, 2006, is hereby amended such that the government may take the supplemental deposition of Paul Hyde on or before September 15, 2006. Additionally, the scheduling order of January 10, 2006, is hereby amended to extend until September 7, 2006 the deadline for the government to file its responsive memorandum, witness list, and exhibit list. The scheduling order of January 10, 2006, as modified by the order of June 30, 2006, shall otherwise remain in effect.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge