**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ATWOOD-LIESMAN, an Idaho general partnership, et al., | |
| Plaintiffs, | |
| v. | 98-815C (Judge Lettow) |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of four days, through and including September 11, 2006, to file our responsive memorandum, which is currently due on September 7, 2006. This is the defendant's second request for an enlargement of time for this purpose; previously this Court granted our unopposed request for an enlargment of six days. Counsel for plaintiffs has indicated that plaintiffs are not opposed to this request.

This motion is necessary because, while conducting additional expert discovery and pre-trial activities, the parties have been extensively engaged in settlement discussions since June 1, 2006. These settlement discussions have included two settlement conferences in Chicago, Illinois with our respective experts in attendance to attempt to devise several potential settlement models. Although no settlement has been reached at this time, the parties desire to further engage in settlement

discussions during the remainder of the week of September 3, and during the week of September 10, 2006. Both the undersigned trial counsel and counsel for plaintiffs will be unable to conduct further settlement discussions on September 7, 2006 due to work and travel plans. In particular, the undersigned trial counsel will be out of the office on travel to Houston, Texas to defend a deposition in United States v. Inn Foods, U.S.C.I.T. No. 01-01106. The four-day enlargement of time requested by this motion will afford the undersigned trial counsel with time to devote to further settlement efforts.

For these reasons, the Government respectfully requests that the Court grant our unopposed motion for an enlargement of time of four days, through and including September 11, 2006, to file our responsive memorandum. This request will not require any further amendments to the Court's January 10 and June 30, 2006 scheduling orders.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

September 6, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 6, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault
Michael S. Dufault