**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ATWOOD-LEISMAN, an Idaho general partnership, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | 98-815C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S APPENDIX A, ¶16 EXHIBIT LIST

Pursuant to RCFC Appendix A, ¶ 16, and this Court's order September 1, 2006, defendant, the United States, submits the following list of exhibits that it intends to rely upon at trial, with the exception of those to be used solely for impeachment. Defendant expressly reserves the right to rely upon any documents that plaintiff lists in its exhibit list.

Exhibit List

| Exhibit | Document |
|---|---|
| 1. | Comprehensive Property Assessment Summary Report |
| 2. | CPA Appendix: Market Assessment Report |
| 3. | CPA electronic model, including its input data |
| 4. | Institute of Real Estate Management data |
| 5. | Information from USDA for the Subject Properties: address, unit mix, recent budget and actual results for certain properties, recent approved rents for certain properties, loan information as of tender and sale dates |
| 6. | Expert Report of Channa Eberhart |
| 7. | The Public Housing Operating Cost Study including Appendix A |

8. All expert reports and supplements thereto prepared by Paul Hyde upon behalf of plaintiffs

10. Various data from HUD's Mark-to-Market program

11. National data for market rate apartments (Institute of Real Estate Management)

12. Settlement Statement, Hillside Terrace dated December 22, 2005 (Bates P 7336)

13. Settlement Statement, Victoria Square dated May 19, 2005 (Bates P 7332-7335)

14. Settlement Statement, Norsemen Village Dated May 11, 2006 (Bates P 7331)

15. The Department of Housing and Urban Development actual Section 8 rents for Hillside, Kimberly, and Leisure Village VI during their damages periods

16. Letter from Key Bank to DBSI, dated December 11, 2000, regarding proposed prepayment financing for Chaparral Apartments (Bates CHA01230, included as Exhibit 2)

17. Expert Report of Charles S. Wilkins, Jr

18. Resume for Charles S. Wilkins, Jr.

19. Deductions from Cash Balances

20. Estimate of Operating Expenses After Conversion

21. Actual General and Administrative Expenses

22. Estimate of Transition Costs

23. Actual Cash Flow for Three Section 8 Properties

24. Comparison of Actual Operating Expenses to Expenses Estimated by Mr. Hyde

25. Costs of Prepayment and Conversion

26. Potential Net Proceeds at Prepayment if Refinanced

27. Potential Net Proceeds (If Sold At Time of Tender)

28. Actual Sales Prices, Cash Balances Retained At Sale, Net Cash to Seller

29. Transaction Costs of Refinancing

30. Operating Expense Benchmarks

31. Summary of Mr. Hyde's Estimate of Damages

32. Potential Net Proceeds If Sold – By Seller Note

33. Annual Financial Statement Data for Cedars Apartments (Gooding, ID) for the period 1997 to 2005

34. Annual Financial Statement Data for Cedars Apartments (Shelley, ID) for the period 1997 to 2005

35. Annual Financial Statement Data for Chaparral Apartments (Emmett, ID) for the period 1997 to 2005

36. Annual Financial Statement Data for Forest Village Apartments (Reedsport, OR) for the period 1997 to 2005

37. Annual Financial Statement Data for Goose Creek Manor Apartments (Burley, ID) for the period 1997 to 2005

38. Annual Financial Statement Data for Grand Cascade Apartments (American Falls, ID) for the period 1997 to 2005

39. Annual Financial Statement Data for Hillside Terrace Apartments (Coquille, OR) for the period 1997 to 2005

40. Annual Financial Statement Data for Kimberly Sunset Manor Apartments (Kimberly, ID) for the period 1997 to 2005

41. Annual Financial Statement Data for Leisure Village I Apartments (Fruitland, ID) for the period 1997 to 2005

42. Annual Financial Statement Data for Leisure Village III Apartments (Caldwell, ID) for the period 1997 to 2005

43. Annual Financial Statement Data for Leisure Village IV Apartments (Payette, ID) for the period 1997 to 2005

44. Annual Financial Statement Data for Leisure Village V Apartments (Caldwell, ID) for the period 1997 to 2005

45. Annual Financial Statement Data for Leisure Village VI Apartments (Kuna, ID) for the period 1997 to 2005

46. Annual Financial Statement Data for Madison Park Apartments (Rexburg, ID) for the period 1997 to 2005

47. Annual Financial Statement Data for Mountain View Manor Apartments (Oakridge, OR) for the period 1997 to 2005

48. Annual Financial Statement Data for Norseman Village Apartments (Junction City, OR) for the period 1997 to 2005

49. Annual Financial Statement Data for Poplar Grove Apartments (Burley, ID) for the period 1997 to 2005

50. Annual Financial Statement Data for Sandlewood Apartments (Caldwell, ID) for the period 1997 to 2005

51. Annual Financial Statement Data for Sawtooth Village Apartments (Burley, ID) for the period 1997 to 2005

52. Annual Financial Statement Data for Seacrest Apartments (Bandon, OR) for the period 1997 to 2005

53. Annual Financial Statement Data for Vittoria Square Apartments (Newberg, OR) for the period 1997 to 2005

54. Annual Financial Statement Data for Wagon Wheel Apartments (Rexburg, ID) for the period 1997 to 2005

55. Annual Financial Statement Data for Washington, Park I Apartments (Twin Falls, ID) for the period 1997 to 2005

56. Annual Financial Statement Data for Washington, Park II Apartments (Twin Falls, ID) for the period 1997 to 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

September 7, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 7, 2006, a copy of the foregoing "DEFENDANT'S APPENDIX A ¶ 16 EXHIBIT LIST" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault
Michael S. Dufault