# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATWOOD-LEISMAN, an Idaho general partnership, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | 98-815C (Judge Lettow) |

DEFENDANT'S APPENDIX A, ¶15 WITNESS LIST

Pursuant to RCFC Appendix A, ¶ 15, and this Court's order dated September 1, 2006, defendant, the United States, submits the following list of witnesses that it intends to rely upon at trial, with the exception of witnesses to be used solely for impeachment. Defendant further reserves the right to call any witness listed as a witness by plaintiffs.

Witness List

1. Charles S. Wilkins, Jr., The Compass Group, 15th Street, N.W., Washington, D.C. 20005. Mr. Wilkins will provide testimony regarding his credentials, qualifications, and experience in the ownership and management of affordable multifamily properties. Mr. Wilkins will also provide expert opinion testimony on how best to measure whether plaintiffs were, in fact, damaged by their inability to prepay their section 515 loans when prepayment was first tendered to the United States Department of Agricultures ("USDA"). To this end, Mr. Wilkins will explain the nature and financial underpinnings of his

damages model, which is designed to calculate potential damages by comparing the actual profits that plaintiffs realized in the USDA's section 515 program with the results plaintiffs would have achieved in a market scenario had they been able to prepay at the time of their initial tendering of prepayment. Mr. Wilkins will also provide expert opinion testimony regarding the data inputs for his model, the appropriate sources for each data element, and he will provide the resultant damage calculation for each property. Mr. Wilkins will also provide expert opinion testimony regarding the methodological differences between his analysis and that of Mr. Paul Hyde as well as the flaws inherent in Mr. Hyde's report. It is anticipated that Mr. Wilkins testimony will last approximately 24 hours.

2. Channa A. Eberhart, The Signal Group, One City Center, Portland, ME 04101. Ms. Eberhart performed rent comparability studies on each of the 24 properties owned by plaintiffs. These studies were relied upon by Mr. Wilkins in his expert report. Ms. Eberhart will provide expert opinion testimony regarding her credentials, qualifications, and experience in performing this type of rent comparability analysis. Ms. Eberhart's expert opinion testimony will include her conclusions as to the amount of rent that each properties unit type could command as of the date of the respective rent comparability study. To this end, Ms. Eberhart will provide

expert opinion testimony regarding methodology she employed in each rent comparability study and the accuracy of her results. Ms. Eberhart will also provide expert opinion testimony regarding the flaws in Mr. Hyde's rent comparability data contained in his report. It is anticipated that Ms. Eberhart's testimony will last approximately 8 hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

September 7, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 7, 2006, a copy of the foregoing "DEFENDANT'S APPENDIX A ¶ 15 WITNESS LIST" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault
Michael S. Dufault