IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: September 8, 2006)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's unopposed motion for enlargement of time, which motion was filed on September 6, 2006. The government requests that the court extend the deadline to file the government's responsive memorandum until September 11, 2006. The purpose of this request is to afford counsel time to devote to settlement efforts.

For good cause shown, the government's unopposed motion for enlargement of time is **GRANTED**. The deadline for the government to file its responsive memorandum is hereby extended until September 11, 2006. The scheduling order of January 10, 2006, as modified by the orders of June 30, 2006, and September 1, 2006, shall otherwise remain in effect.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge