IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: September 13, 2006)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before this court is the parties' joint motion for a stay of remaining pre-trial deadlines, which motion was filed on September 11, 2006. The parties request that this court stay all remaining pre-trial deadlines for fourteen days, through and including September 25, 2006. The parties identify the deadlines that would be affected as the following:

| | Current Deadline |
|---|---|
| Government's responsive memorandum | September 11, 2006 |
| Government's supplemental deposition of Paul Hyde | September 15, 2006 |
| Plaintiffs' supplemental deposition of Charles Wilkins | September 15, 2006 |

The parties seek the proposed stay to complete negotiation of a settlement agreement and state their intent to file a joint status report with this court by September 22, 2006.

This court finds a stay unnecessary to effectuate the parties' purpose, and the parties' joint motion for a stay of remaining pre-trial deadlines accordingly is **DENIED**. Instead, this court suspends all remaining pre-trial deadlines to and through September 25, 2006. The parties shall file a joint status report on or before September 22, 2006.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge