**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ATWOOD-LEISMAN, an Idaho general partnership, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | 98-815C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A SUSPENSION OF PROCEEDINGS

Pursuant to Rules 1, 6.1, and 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, and plaintiffs, Atwood-Leisman, et al., respectfully request that the Court suspend proceedings in this case for an additional 30 days, through and including October 25, 2006, to provide the parties time to finalize a potential settlement and, if appropriate, potential joint stipulation of dismissal with prejudice. Previously, this Court suspended all pre-trial deadlines through and including September 25, 2006. The parties request that the Court hold a joint status conference at 2 P.M. EST on October 25, 2006, to discuss the scheduling of an alternate trial date should the parties be unable to effectuate settlement.

On September 11, 2006, plaintiffs provided the Government with a formal offer of settlement. On September 20, 2006, the United States Department of Agriculture provided the Department of Justice with a letter regarding its position upon plaintiffs’

offer of settlement. The parties are now in the process of negotiating the terms of a potential settlement agreement, which would obviate the need for further proceedings before this Court and would result in the dismissal of this action with prejudice.

The undersigned Government counsel is also concurrently seeking the necessary settlement authority to accept plaintiff's offer of settlement. A suspension of all remaining deadlines would allow time for a potential settlement agreement to be finalized, and for both parties to execute a joint stipulation of dismissal with prejudice. If a potential settlement is not finalized, the parties will file a joint status report with the Court by October 25, 2006, to apprise the Court of report on the status of the potential settlement.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to suspend proceedings in this case for 30 days, through and including October 25, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

September 22, 2006

Attorneys for Defendant

/s/ Clayton Gill, Esq.

CLAYTON GILL, Esq.
Moffatt, Thomas, Barrett,
Rock and Fields, Chartered
101 S. Capitol Blvd., 10th
Floor
Post Office Box 829
Boise, Idaho 83701

Attorney for Plaintiffs

September 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, with the consent of counsel for plaintiffs, a copy of the foregoing "JOINT MOTION FOR A SUSPENSION OF PROCEEDINGS" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault