IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: September 25, 2006)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

On September 22, 2006, the parties filed a joint motion for suspension of proceedings. In the joint motion, the parties aver that they have reached a settlement in principle and that the settlement awaits approval by governmental officials who possess settlement authority. The joint motion was addressed at the pretrial conference held on this day. For the reasons set forth at that conference, the motion is **GRANTED IN PART**. The remaining proceedings in this case, including trial, are hereby suspended. The parties shall file a joint status report with this court on or before November 20, 2006, addressing the status of settlement.

Also pending before this court are (1) the plaintiffs' motion, filed August 4, 2006, for leave to present substantive evidence by way of prior deposition testimony and trial testimony and (2) the plaintiffs' motion, filed August 24, 2006, for leave to supplement their trial exhibit list. Because proceedings are being suspended, both of these motions are hereby **DENIED** without prejudice to renewal should the settlement reached in principle not be effectuated.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge