IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: November 21, 2006)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for a Suspension of Proceedings, filed November 20, 2006. The parties request that the court suspend proceedings in this case for thirty days, until December 20, 2006, to provide them time to complete a potential settlement and, if appropriate, submit a joint stipulation of dismissal with prejudice. In the Order of September 25, 2006, the court suspended all pre-trial proceedings until November 20, 2006.

The court concludes that a formal suspension of proceedings is not necessary to effectuate the parties' purpose, and the parties' Joint Motion for a Suspension of Proceedings accordingly is DENIED. Nonetheless, the parties should diligently pursue settlement in this case in lieu of trial preparation and shall file a joint status report on or before January 4, 2007, that sets out their progress in that regard.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge