IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: January 5, 2007)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

In an order of November 21, 2006, the court requested the parties to file a joint status report on or before January 4, 2007, setting out their progress in regard to completing a potential settlement. The court acknowledges the parties' joint status report, filed January 4, 2007.

The parties represent that settlement negotiations have continued and that the government's counsel is seeking the necessary settlement authority to accept the plaintiffs' offer of settlement. The parties anticipate that an additional 30 days would allow time for the government's counsel to seek settlement authority and for both parties to execute a joint stipulation of dismissal with prejudice.

Accordingly, the parties should continue to diligently pursue settlement in this case in lieu of trial preparation and shall file a joint status report on or before February 12, 2007, that sets out their progress in that regard.

It is so ORDERED.

s/ Charles F. Lettow
Judge