IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: April 2, 2007)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

In an order of February 26, 2007, the court requested that the parties file a joint status report on or before March 30, 2007, setting out their progress in regard to completing a potential settlement. The court acknowledges the parties' joint status report, filed on the due date.

Counsel for the parties represent that they have reached a consensus on a settlement agreement and that the government's counsel is seeking the necessary settlement authority to accept the agreement. The parties anticipate that an additional 30 days would allow time for completion of this activity.

Accordingly, the parties are requested to file a joint status report on or before April 30, 2007, that sets out their progress respecting settlement.

It is so ORDERED.

s/ Charles F. Lettow
Judge