# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATWOOD-LEISMAN, an Idaho general partnership, et al., Plaintiffs, | ) | |
| v. | ) | 98-815C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

PLAINTIFFS' STATUS REPORT UPON BEHALF OF BOTH PARTIES

Pursuant Rules 1, 6.1, and 7(b) of the Rules of the United States Court of Federal Claims and this Court's order dated February 26, 2007, plaintiffs, Atwood-Leisman, et al., upon behalf of themselves and defendant, the United States, respectfully file this status report regarding the status of the parties' settlement efforts. Counsel for the defendant has read this status report and consents to its content.

On September 11, 2006, plaintiffs provided the Government with a formal offer of settlement. On April 3, 2007, trial counsel for the Government obtained settlement authority to accept plaintiffs' offer of settlement. On April 11, 2007, the parties executed a settlement agreement, whereby upon receiving payment of the settlement amount, plaintiffs will jointly dismiss their complaint with prejudice. On April 13, 2007, the

Government sent the appropriate forms to the Department of Treasury Judgment Fund to process payment of the settlement amount.

At this time, the parties are awaiting the imminent payment of the settlement amount, which they anticipate being paid within 21-30 days. The parties expect to execute their joint stipulation dismissal with prejudice shortly after payment of the settlement amount. If such a joint stipulation of dismissal is not filed within 30 days, the parties propose that they file a joint status report with the Court by June 5, 2007 to apprise the Court of the status of the payment of the settlement amount.

/s/ C. Clayton Gill, Esq.

C. CLAYTON GILL, Esq.
Moffatt, Thomas, Barrett,
Rock and Fields, Chartered
101 S. Capitol Blvd., 10th
Floor
Post Office Box 829
Boise, Idaho 83701

Attorney for Plaintiffs

May 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, with the consent of counsel for plaintiffs, a copy of the foregoing "PLAINTIFFS' STATUS REPORT UPON BEHALF OF THE PARTIES" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ C. Clayton Gill