IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 98-815C

(Filed: May 4, 2007)

ATWOOD-LEISMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

In an order of April 2, 2007, the court requested that the parties file a joint status report on or before April 30, 2007, setting out their progress in regard to completing a potential settlement. The court acknowledges the parties' joint status report, filed on May 3, 2007.

Counsel for the parties represent that they have executed a settlement agreement providing for a settlement payment and the subsequent joint filing of a stipulation for dismissal.

Accordingly, the parties are requested to file a joint status report on or before June 5, 2007, if the case is not fully resolved by that date.

It is so ORDERED.

s/ Charles F. Lettow
Judge