IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(1) ATWOOD-LEISMAN, an Idaho general partnership;

(2) DBSI/TRI IV LIMITED PARTNERSHIP, an Idaho limited partnership;

(3) DBSI/TRI V LIMITED PARTNERSHIP, an Idaho limited partnership;

(4) DBSI/TRI VIII LIMITED PARTNERSHIP, an Idaho limited partnership;

(5) FOREST HILLS INVESTORS OF COQUILLE, OREG. LTD., an Oregon limited partnership;

(6) JADIN INVESTMENTS, LTD., an Oregon limited partnership;

(7) KIMBERLY ASSOCIATES, an Idaho limited partnership;

(8) LVLP-ATWOOD LIMITED PARTNERSHIP; an Idaho limited partnership;

(9) LEISURE VILLAGE LIMITED PARTNERSHIP, an Idaho limited partnership;

(10) MADISON PARK LIMITED PARTNERSHIP; an Idaho limited partnership;

(11) NORSEMEN VILLAGE, an Oregon limited partnership;

(12) P&A ASSOCIATES, an Idaho general partnership;

No. 98-815 C
(Judge Lettow)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

(13) PARKSIDE DEVELOPMENT, an Oregon limited partnership;

(14) PIONEER SHADOW LIMITED PARTNERSHIP FKA MERCY HOUSING II, an Idaho limited partnership;

(15) SANDLEWOOD ASSOCIATES, an Idaho limited partnership;

(16) DBSI HOUSING, INC., an Idaho corporation;

(17) DBSI, INC., an Idaho corporation,

Plaintiffs,

vs.

THE UNITED STATES,

Defendant.

COME NOW, the above-captioned plaintiffs, by and through undersigned counsel of record, and defendant, by and through undersigned counsel of record, and hereby stipulate that the above-captioned matter be dismissed with prejudice with each party to bear its own costs and attorney fees.

Respectfully submitted this 11th day of April, 2007.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Jeanne E. Davidson

/s/ Michael S. Dufault
Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

Attorneys for Defendant

Respectfully submitted this 22nd day of May, 2007.

By /s/ C. Clayton Gill
C. Clayton Gill
MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
ccg@moffatt.com
19-200.203

Attorneys for Plaintiffs